

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alonzo Spencer<br><br>Plaintiff,<br>V.<br><br>Pier Johanson<br><br>Defendant. | **Civil Action No.** 17cv1798-LAB-JLB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The complaint is dismissed without prejudice for failure to state a claim, and for failure to invoke the Court's jurisdiction.

Date: 9/12/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ L. Fincher
L. Fincher, Deputy